# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE:  S.M.

PETITION OF:  COMMONWEALTH OF PENNSYLVANIA

: No. 754 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.